Kovacs Sec. Sys., Inc. v Belessis (2021 NY Slip Op 50077(U))

[*1]

Kovacs Sec. Sys., Inc. v Belessis

2021 NY Slip Op 50077(U) [70 Misc 3d 137(A)]

Decided on February 4, 2021

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

As corrected in part through December 29, 2021; it will not be
published in the printed Official Reports.

Decided on February 4, 2021
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 9th and 10th JUDICIAL DISTRICTS
PRESENT: : JERRY GARGUILO, J.P., TERRY JANE RUDERMAN, ELIZABETH H.
EMERSON, JJ

2019-1818 N C

Kovacs Security Systems, Inc., Respondent,
 against
Rea Belessis, Appellant.
 Rea Belessis, Appellant
against Kovacs Security Systems, Inc.,
Respondent.

Opinion withdrawn from online only publication at the direction of the court. 
The decision and order was recalled and vacated, and a new decision and order substituted 
therefor as the decision and order of the court (see
2021 NY Slip Op 76512[U]). 
It will be published at 
2021 NY Slip Op 51265(U).